UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60004-CR-HURLEY/BRANNON

UNITED STATES OF AMERICA,
     Plaintiff,

v.

TAVORIS BATTLE,
     Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 72]. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Tuesday, June 26, 2012, at 9:30 a.m.** in Courtroom 5 at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 20th day of June, 2012.

**copy furnished:**
AUSA A. Lothrop Morris
AFPD Peter V. Birch
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge